

Exhibit C













