UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASON HOMES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:14-cv-0566 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| BILLY'S CONSTRUCTION, INC. | ) | |
| d/b/a BILL MACE HOMES, BILL | ) | |
| MACE, individually, and KENNETH | ) | |
| FOOTE, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendants Billy's Construction, Inc. d/b/a Bill Mace Homes and Bill Mace's motion to dismiss (Docket Entry No. 13) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 28th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court