EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-888-774**

Effective date of registration:

January 23, 2014

## Title

**Title of Work:** The Alder - construction date 9-30-2012

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 20, 2013  **Nation of 1st Publication:** United States

## Author

- **Author:** John Helmick, Jr.
  **Author Created:** architectural work

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Nason Homes, LLC
4555 Mansell Road, Suite 300, Alpharetta, GA, 30022, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Lilenfeld PC
**Name:** David Lilenfeld
**Email:** david@lilenfeldpc.com  **Telephone:** 404-201-2520
**Address:** 2970 Peachtree Road
Suite 530
Atlanta, GA 30305  United States

## Certification

**Name:** David Lilenfeld
**Date:** January 23, 2014
**Applicant's Tracking Number:** Nason Homes, LLC

Registration #: VA0001888774
Service Request #: 1-1166464831



David Lilenfeld
2970 Peachtree Road, NW
Suite 530
Atlanta, GA 30305









CONTRACTOR IS RESPONSIBLE FOR THE STRUCTURAL DESIGN AND INTEGRITY OF THIS BUILDING. ALL BUILDING MATERIALS AND CONSTRUCTION METHODS TO COMPLY WITH ALL STATE AND LOCAL CODES
ALL DIMENSIONS SHALL BE FIELDVERIFIED BEFORE CONSTRUCTION. BUILDERS PLAN SERVICE WILL NOT BE RESPOSIBLE FOR ANY DISCREPANCIES NOT REPORTED TO US PRIOR TO BEGINING CONSTRUCTION

## UPPER PLAN

- BEDROOM #5 — VAULTED CEILING
- BEDROOM #3 — VAULTED CEILING, SLOPED CEILING
- BEDROOM #4 — VAULTED CEILING
- 2 STORY FOYER
- BALCONY
- MASTER SUITE — VAULTED CEILING
- WALK IN CLOSET
- LINEN, CLOSET, ATTIC ACCESS
- VAULT TO 11'-0"
- 36" X 48" SHOWER
- 4040 TEMPERED SET @ 6'-10" HDR
- SINGLE STUD WALL TO CEILING SEE CONTRACTOR
- 1/2" 4x4 WALLS AT BOTH ENDS OF TUB UNIT

## FLOOR PLAN

- PORCH
- FOYER — OPEN TO ABOVE
- DINING ROOM
- BREAKFAST
- KITCHEN
- BACK PORCH — OPTIONAL FIREPLACE SEE CONTRACTOR
- FAMILY ROOM
- BEDROOM #5
- DOUBLE GARAGE — 16'-0" X 7'-0" OVERHEAD GARAGE DOOR
- 33" PREFAB FIREPLACE
- 3080 WINDOW SET @ 6'-10"
- 36" DROP IN RANGE W/ MICRO
- REFRG, DBL OVEN
- 6' ARCHTOP, 10' ARCHTOP, 8' ARCHTOP
- BEAM AS REQ'D
- 2668 FRENCH
- LINEN, CLOSET

---

THE ALDER | NASON HOMES

N



Case 3:14-cv-00566 Document 109-5 Filed 02/19/15 Page 8 of 16 PageID #: 463

CONTRACTOR IS RESPONSIBLE FOR THE STRUCTURAL DESIGN AND INTEGRITY OF THIS BUILDING. ALL BUILDING MATERIALS AND CONSTRUCTION METHODS TO COMPLY WITH ALL STATE AND LOCAL CODES
ALL DIMENSIONS SHALL BE FIELD VERIFIED BEFORE CONSTRUCTION. BUILDERS PLAN SERVICE WILL NOT BE RESPONSIBLE FOR ANY DISCREPANCIES NOT REPORTED TO US PRIOR TO BEGINING CONSTRUCTION



FOUNDATION 1/4"

THE ALDER — NASON HOMES




Case 3:14-cv-00566 Document 109-5 Filed 02/19/15 Page 10 of 16 PageID #: 465




Case 3:14-cv-00566 Document 109-5 Filed 02/19/15 Page 12 of 16 PageID #: 467





Case 3:14-cv-00566   Document 109-5   Filed 02/19/15   Page 14 of 16 PageID #: 469


Case 3:14-cv-00566   Document 109-5   Filed 02/19/15   Page 15 of 16 PageID #: 470



Case 3:14-cv-00566   Document 109-5   Filed 02/19/15   Page 16 of 16 PageID #: 471