IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NASON HOMES, LLC,

     Plaintiff,

v.

BILLY'S CONSTRUCTION, INC.
d/b/a BILL MACE HOMES, BILL
MACE, individually and KENNETH
FOOTE, individually,

     Defendants.

CIVIL ACTION FILE
NO. 3:14-cv-0566
CHIEF JUDGE HAYNES

## NASON HOMES MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiff Nason Homes, LLC, pursuant to Local Rule 7.01 of the United States District Court for the Middle District of Tennessee respectfully seek permission to file a reply to Defendant Billy's Construction, Inc. d/b/a Bill Mace Homes and Bill Mace's Response in Opposition to Motion for Summary Judgment (Dkt. No. 118). A copy of the proposed reply is attached as Exhibit 1. The proposed Reply addresses the issues of access and substantial similarity raised in Defendant's Opposition, including contradictions between Defendants Answer and Mr. Mace's declaration. Nason Home's submits that the attached Reply will allow the Court to be fully informed regarding the issues in dispute and will assist the Court in deciding Nason Home's Motion.

Respectfully submitted this 22nd day of May, 2015.

**AARON & SANDERS, PLLC**

Richard G. Sanders, Tenn. BPR No. 23875
11 Lea Avenue, Suite 606
Nashville, TN 37210
(615) 734-1188
Fax:  (615) 250-9807
rick@aaronsanderslaw.com


**LILENFELD PC**

*/s/ Robin L. Gentry*
David M. Lilenfeld
Georgia Bar No. 452399
Robin L. Gentry
Georgia Bar No. 289899
Attorneys for Plaintiff
2970 Peachtree Road, N.W., Suite 530
Atlanta, Georgia  30305
(404) 201-2520 - telephone
(404) 393-9710 - facsimile
David@LilenfeldPC.com
Robin@LilenfeldPC.com

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NASON HOMES, LLC,

    Plaintiff,

v.

BILLY'S CONSTRUCTION, INC.
d/b/a BILL MACE HOMES, BILL
MACE, individually and KENNETH
FOOTE, individually,

    Defendants.

CIVIL ACTION FILE
NO. 3:14-cv-0566
CHIEF JUDGE HAYNES

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading, on the date stated below, was

filed with the Clerk of Court using the CM/ECF system and I mailed a true and

exact copy of the foregoing pleading with first class mail, postage pre-paid to:

Griffin S. Dunham, Esq.
Emerge Law PLC
2021 Richard Jones Road, Suite 240
Nashville, TN 37215
griffin@emergelaw.net

Kenneth Foote
c/o Remax
1919 Tiny Town Road
Suite 200 or Suite 2
Clarksville, TN 37042

3

Dated:  May 22, 2015.

*/s/ Robin L. Gentry*
*Attorney for Plaintiff*

4